## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MICHAEL DAVID COOPER        :
                                   :        CIVIL ACTION
       v.                   :
                                     :        NO. 21-1158
RISA VETRI FERMAN *(JUDGE)* ET AL.   :

## ORDER

**AND NOW**, this 14th day of March, 2024, upon consideration of Defendants Commonwealth of Pennsylvania and Risa Vetri Ferman's Motion to Dismiss (ECF No. 7), Defendants Christopher Daniels and Montgomery District Attorney's Office's Motion to Dismiss (ECF No. 8), Defendant Abigail Silverman Leeds' First Motion to Dismiss (ECF No. 11) and Second Motion to Dismiss (ECF No. 13), Plaintiff Michael David Cooper's Motion for Extension of Time to Amend a Claim to the Complaint (ECF No. 16) and Motion to Amend Claims of Damages to State Claim (ECF No. 19), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** as follows:

1. Commonwealth of Pennsylvania and Risa Vetri Ferman's Motion is **GRANTED**.

2. Christopher Daniels and Montgomery District Attorney's Office's Motion is **GRANTED**.

3. Abigail Silverman Leeds' First Motion is **GRANTED** and her Second Motion is **DISMISSED** *as moot*.

4. Plaintiff's Motions are **DENIED** and his complaint is **DISMISSED** *with prejudice*.

5. The Clerk of Court is directed to mark this case closed.

**IT IS SO ORDERED.**

                                 **BY THE COURT:**

                                 */s/ R. Barclay Surrick*
                                 **R. BARCLAY SURRICK, J.**